# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOV SERVICES, INC., | Civil Action No.: 11-522 (CCC) |
| Plaintiff, | |
| v. | **O R D E R** |
| COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant Cognizant Technology Solutions Corporation's ("Defendant") motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6). [ECF No. 12.] On October 27, 2011, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Court Deny without prejudice Defendant's motion to dismiss pending discovery regarding Plaintiff HOV Services, Inc.'s ("Plaintiff") standing. [ECF No. 22.] No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation dated October 27, 2011, and for substantially the same reasons stated therein,

**IT IS** on this  16th  day of  November , 2011,

**ORDERED** that this Court adopts Judge Dickson's October 27, 2011 Report and Recommendation and thus Denies without prejudice Defendant's motion to dismiss pending discovery regarding Plaintiff's standing.

                                                *s/ Claire C. Cecchi*
                                           **HON. CLAIRE C. CECCHI**
                                           **United States District Judge**